Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

DUANE P. FOX et al., Appellants, v. VILLAGE OF NASSAU, Respondent.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

CLARENCE E. BROMLEY, Doing Business under the Name of ROCHESTER FORWARDING COMPANY, et al., Appellants, v. VILLAGE OF NASSAU, Respondent.

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

RAYMOND BRADLEY, Respondent, v. WALTER BLOUNT et al., Defendants, and ROCHESTER TRANSIT CORPORATION, Defendant-Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

GEORGIA BRADLEY, Respondent, v. WALTER BLOUNT et al., Defendants, and ROCHESTER TRANSIT CORPORATION, Defendant-Appellant.—